UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ARMAN GABAEE,

      Applicant,

  v.

UNITED STATES OF AMERICA,

      Respondent.

No. 26-1104

ORDER

Before:     SILVERMAN, NGUYEN, and HURWITZ, Circuit Judges.

The motion (Docket Entry No. 4.1) to file under seal the unredacted application and the supplement to the application is granted. The clerk will file publicly the motion to seal (Docket Entry No. 4.1) and the redacted application (Docket Entry No. 5). The clerk will maintain under seal the unredacted application (Docket Entry No. 1) and the supplement to the application (Docket Entry Nos. 4.2-4.8 & 6).

The application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is denied. The applicant has not made a prima facie showing under § 2255(h) of:

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

Any other pending motions are denied as moot. No further filings will be entertained in this case.

**DENIED.**